EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 7 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00235 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)] |
| ALBERTO GONZALEZ, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

Beginning at a date unknown and continuing up to and including May 25, 2005, in the District of Hawaii, and elsewhere, defendant, ALBERTO GONZALEZ, did knowingly and intentionally combine, conspire, confederate and agree together, with others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

Dated: June 7, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*[signature]*
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Alberto Gonzalez
Indictment
CR. No.

2