CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

BIRNEY B. BERVAR (Bar No. 5482)
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813
(808) 550-4990

Attorneys for Defendant
ALBERTO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Criminal No. 05-00235 JMS** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MOTION;** |
| | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING STATEMENT** |
| v. | ) | **SCHEDULED FOR AUGUST 14,** |
| | ) | **2006; POINTS AND** |
| ALBERTO GONZALEZ, | ) | **AUTHORITIES; CERTIFICATE** |
| | ) | **OF SERVICE** |
| Defendant. | ) | |
| | ) | **NON-HEARING MOTION** |
| | ) | |

## NOTICE OF MOTION

TO:   Mark K. Inciong, Esq.
        Assistant U.S. Attorney
        Room 6100, PJKK Federal Building
        300 Ala Moana Blvd.
        Honolulu Hawaii  96813
                Attorney for Plaintiff

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006 at _____ ___. m., or as soon as counsel may be heard.

DATED this 3rd day of August, 2006.

Respectfully submitted by:

_____/s/ Christopher R. Oram_____
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada, 89101

BIRNEY B. BERVAR
Hawaii Bar #5482
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ