IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALEZ,<br><br>Defendant. | Criminal No. 05-00235 JMS<br><br>**MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |

## MEMORANDUM IN SUPPORT OF MOTION

The undersigned is scheduled to begin <u>State of Nevada v. Lorenzo Bledsoe</u>, C143677. Mr. Bledsoe's trial is scheduled for August 21, 2006. Mr. Bledsoe's case is seven (7) years old and is scheduled to proceed to trial. The undersigned has been diligently preparing for Mr. Bledsoe's case. Additionally, the undersigned will need that week to be adequately prepared for Mr. Bledsoe's trial.

Thereafter, Mr. Oram is scheduled to proceed to trial on September 12, 2006 regarding <u>State of Nevada v. Tony Trabert</u>, C143122. Mr. Trabert's murder case is very old also and is scheduled to proceed to trial as scheduled. The undersigned will need this time to adequately prepare for Mr. Trabert's case. This continuance is not for the purposes for delay. Further,

the Government has no opposition to this continuance.

Based upon the foregoing, the undersigned respectfully requests that this Court grant a continuance of Mr. Gonzalez's sentencing. Again the undersigned would stress to the Court that this request is not being brought for the purpose of delay.

DATED this 4th day of August, 2006.

Respectfully submitted by:

    /s/ Christopher R. Oram
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada, 89101

BIRNEY B. BERVAR
Hawaii Bar #5482
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

Mark A. Inciong
Assistant United States Attorney
mark.inciong@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  August 4, 2006, at Honolulu, Hawaii.


    /s/ M. Bartlett