IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALBERTO GONZALEZ,  )<br>  )<br>Defendant.  )<br>  )<br>_____  ) | **Criminal No. 05-00235 JMS**<br><br>**MOTION TO CONTINUE<br>SENTENCING SCHEDULED<br>FOR AUGUST 14, 2006** |

**MOTION TO CONTINUE SENTENCING<br>SCHEDULED FOR AUGUST 14, 2006**

COMES NOW, Defendant, ALBERTO GONZALEZ, by and through his attorneys, CHRISTOPHER R. ORAM and BIRNEY B. BERVAR, hereby moves this Court for an Order continuing the sentencing date currently set for August 14, 2006.

This Motion is made and based upon the Points and Authorities and

///

///

///

upon the pleadings and papers on file herein.

DATED this 4th day of August, 2006.

Respectfully submitted by:

    /s/ Christopher R. Oram
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada, 89101

BIRNEY B. BERVAR
Hawaii Bar #5482
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ