## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons(s), as set forth below on August 7, 2006:

Mark A. Inciong  **HAND DELIVERY**
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: August 7, 2006, at Honolulu, Hawaii.

Respectfully submitted by:

/s/ Christopher R. Oram
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada, 89101

BIRNEY B. BERVAR, ESQ.
Hawaii Bar #5482
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ