**ORIGINAL**

CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

BIRNEY B. BERVAR (Bar No. 5482)
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813
(808) 550-4990

Attorneys for Defendant
ALBERTO GONZALEZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2006

at 3 o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | **Criminal No. 05-00235 JMS** |
|---|---|---|
| Plaintiff, | ) | **SECOND AMENDED NOTICE OF MOTION; MOTION TO CONTINUE SENTENCING SCHEDULED FOR AUGUST 14, 2006; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |
| v. | ) | |
| ALBERTO GONZALEZ, | ) | |
| Defendant. | ) | **NON-HEARING MOTION** |

## SECOND AMENDED NOTICE OF MOTION

TO:   Mark K. Inciong, Esq.
       Assistant U.S. Attorney
       Room 6100, PJKK Federal Building
       300 Ala Moana Blvd.
       Honolulu Hawaii 96813
            Attorney for Plaintiff



PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006 at _____ ___. m., or as soon as counsel may be heard.

DATED this 7th day of August, 2006.

                                      Respectfully submitted by:

                                      /s/ Ward D. Jones
                                      CHRISTOPHER R. ORAM, ESQ.
                                      Nevada Bar #004349
                                      520 S. Fourth Street, 2nd Floor
                                      Las Vegas, Nevada, 89101

                                      BIRNEY B. BERVAR, ESQ.
                                      Hawaii Bar #5482
                                      BERVAR & JONES
                                      1001 Bishop Street
                                      1400 Pauahi Tower
                                      Honolulu, Hawaii 96813

                                      Attorneys for Defendant
                                      ALBERTO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. 05-00235 DAE <br><br> **MOTION TO CONTINUE SENTENCING SCHEDULED FOR AUGUST 14, 2006** |

## MOTION TO CONTINUE SENTENCING SCHEDULED FOR AUGUST 14, 2006

COMES NOW, Defendant, ALBERTO GONZALEZ, by and through his attorneys, CHRISTOPHER R. ORAM and BIRNEY B. BERVAR, hereby moves this Court for an Order continuing the sentencing date currently set for August 14, 2006.

This Motion is made and based upon the Memorandum in Support of

///

///

///

Motion and upon the pleadings and papers on file herein.

DATED this 7th day of August, 2006.

Respectfully submitted by:

*/s/ Ward D. [signature]*

for CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada, 89101

BIRNEY B. BERVAR, ESQ.
Hawaii Bar #5482
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ

2