CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

BIRNEY B. BERVAR (Bar No. 5482)
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813
(808)-550-4990

Attorneys for Defendant
ALBERTO GONZALEZ

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO GONZALEZ,<br><br>Defendants. | Criminal No. 05-00235-JMS<br><br>**DEFENDANT'S MOTION FOR WAIVER OF LOCAL COUNSEL'S APPEARANCE ON OCTOBER 19, 2006, SENTENCING** |

COMES NOW, the Defendant, ALBERTO GONZALEZ, by and through his attorneys of record, CHRISTOPHER R. ORAM, ESQ. and BIRNEY B. BERVAR, ESQ., and hereby submits to this Honorable Court this Motion for Waiver of Local Counsel's Appearance on October 19, 2006, sentencing.

**I.	INTRODUCTION**

Mr. Gonzalez's sentencing date is currently set for October 19, 2006. Mr. Christopher Oram, Mr. Gonzalez's counsel licensed in Nevada, has purchased tickets to travel to this Honorable Court for Mr. Gonzalez's sentencing. Further, Mr. Oram has also purchased tickets for a vacation for his wife and himself (to Honolulu and then on to Maui) on October 19, 2006, after Mr. Gonzalez's sentencing hearing. Further, Mr. Gonzalez has submitted a lengthy sentencing memorandum which is also scheduled to be argued on October 19, 2006.

Mr. Oram is ready to proceed with Mr. Gonzalez's sentencing (Mr. Oram is the counsel who is most familiar with Mr. Gonzalez's case). Mr. Bervar, local counsel has also purchased airline tickets for a pre-scheduled vacation. Mr. Bervar will be traveling to Europe and is scheduled to be out of the jurisdiction on October 19, 2006. Mr. Oram and Mr. Bervar would respectfully request that local counsel, Mr. Bervar's appearance be waived for this sentencing date. Mr. Oram is ready to proceed with sentencing and would be in the best interest of judicial economy, as it appears that this Honorable Court, the Government and Mr. Gonzalez are prepared to proceed with sentencing. This motion is not for the purpose of delay but an effort to resolve this case and proceed with sentencing.

///

///

**D.   CONCLUSION**

For all the reasons stated above, Mr. Gonzalez respectfully requests that this Court waive local counsel, Mr. Bervar's appearance on October 19, 2006.

DATED this 12th day of October, 2006.

       Respectfully submitted,


        /s/ Birney B. Bervar
       BIRNEY B. BERVAR (Bar No. 5482)
       BERVAR & JONES
       1001 Bishop Street
       1400 Pauahi Tower
       Honolulu, Hawaii 96813

       CHRISTOPHER R. ORAM, ESQ.
       Nevada Bar #004349
       520 S. Fourth Street, 2nd Floor
       Las Vegas, Nevada, 89101
       (702) 384-5563


       Attorneys for Defendant
       ALBERTO GONZALEZ

CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563
BIRNEY B. BERVAR (Bar No. 5482)
BERVAR & JONES
1001 Bishop Street
1400 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
ALBERTO GONZALEZ

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO GONZALEZ,<br><br>Defendants. | Criminal No. 05-00235-JMS<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on the 12th day of October, 2006, I mailed a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR WAIVER OF LOCAL COUNSEL'S APPEARANCE ON OCTOBER 19, 2006, SENTENCING**, in an envelope, via

4

United States Mail, postage fully paid and/or e-mail, addressed as follows:

MARK A. INCIONG, ESQ.
Assistant United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
(808) 541-2850

                                            /s/   Mary Bartlett